Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**
JAN - 4 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
JAN 13 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: JUAN C. GARCIA

    Debtor(s)

Case No: 04-41382 EDJ13

Chapter 13
**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount (s) of $183.23 The name (s)and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 04-41382 EDJ13 | JUAN C. GARCIA<br>2108 GAYNOR AVE<br>RICHMOND, CA 94801 | $ DEBTOR | $ 183.23 |
| | Total Unclaimed Dividends | $ | 183.23 |

Dated: December 30, 2009

    *Martha G Bronitsky*
Martha G. Bronitsky, Chapter 13 Trustee

Case: 04-41382   Doc# 20   Filed: 01/04/10   Entered: 01/13/10 17:05:25   Page 1 of 1