Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**
JAN - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
JAN 13 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 04-41382 EDJ 13

In re: JUAN C. GARCIA
JUANA C. GARCIA

Chapter 13
**NOTICE OF UNCLAIMED DIVIDENDS**

Debtor(s)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,000.04 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 04-41382 EDJ 13 | JUAN C. GARCIA<br>JUANA C. GARCIA<br>RICHMOND, CA 94801 | $ DEBTOR | $ 2,000.04 |
| | Total Unclaimed Dividends | | $ 2,000.04 |

Dated: January 6, 2010

Martha G. Bronitsky, Chapter 13 Trustee

Case: 04-41382   Doc# 21   Filed: 01/07/10   Entered: 01/13/10 17:06:29   Page 1 of 1